# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130655

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACY LYNN WOOD,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130655
COA: 257598
St Joseph CC: 99-009561-FC

_____/

      On order of the Court, the application for leave to appeal the January 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

t0522

      Clerk